MICHAEL ZDANCEWICZ, P.L.L.C.
3550 North Central Avenue, Suite 710
Phoenix, Arizona 85012
Phone: (602) 266-1327
Facsimile: (602) 265-4391
Michael Zdancewicz (#12426)
michael@mzpllc.com
Attorneys for Judgment Creditor

UNITED STATES BANKRUPTCY COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| LOTHAR GOERNITZ, Chapter 7 Trustee,<br><br>Judgment Creditor,<br><br>vs.<br><br>ROBERT S. PERSINGER and MARTA PERSINGER aka MARTA C. QUANSTROM,<br><br>Judgment Debtors, | Case No : 2:06-bk-02420-GBN<br><br>Adv. No 2:06-ap-01004-GBN<br><br>**APPLICATION FOR WRIT OF GARNISHMENT**<br><br>**(Non-Earnings)** |
| WASHINGTON MUTUAL,<br><br>Garnishee. | |

1. The Applicant hereunder is the above-named Judgment Creditor

2. Judgment Creditor has been awarded a money judgment against the Judgment Debtors in the above caption.

3. The balance due under the Judgment is:
Judgment Amount
Principal: $120,000.00
Attorneys' Fees and taxable costs $2,292.00
Plus accruing interest on the principal amount, attorneys' fees and taxable costs at the Federal judgment rate of 4.96% per annum from May 29, 2007 to the date of the Writ ($16.62 per day rate x 35 days) in the amount of $581.70
**TOTAL DUE as of July 3, 2007 is $122,873.70.**

4. It is believed that Garnishee:

   a is indebted to the Judgment Debtors for monies which are not earnings;

1

b. the Garnishee is holding nonexempt monies on behalf of the Judgment Debtors;

c. the Garnishee has in its possession non-exempt personal property belonging to Judgment Debtors; or

d. the Garnishee is a corporation and the Judgment Debtors are the owner of shares on such corporation or have proprietary interests in the corporation.

5. The address for Garnishee or its authorized agent is:

**WASHINGTON MUTUAL**
**\*For Account Information and/or Social Security Number contact Judgment Creditor's Attorney**
**2830 North 3rd Street**
**Phoenix, Arizona 85004**

WHEREFORE, Judgment Creditor requests this Court to issue a Writ of Garnishment against Garnishee

DATED this _6th_ day of _July_ 2007.

MICHAEL ZDANCEWICZ, P.L.L.C.

_/s/ Michael Z._
Michael Zdancewicz
3550 North Central Avenue, Suite 710
Phoenix, Arizona 85012
Attorneys for Judgment Creditor